```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 12527
  DONNA L. KELLY
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
  SSN XXX-XX-1327


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/03/06 and confirmed on 12/22/06.

   2.  The case was dismissed after confirmation, 11/16/2007.

   3.  The Debtor paid a total of $   1400.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | .00 | .00 | .00 |
| AUTO CREDIT CENTER   INC | SECURED | 15.44 | .00 | 15.44 |
| AUTO CREDIT CENTER   INC | SECURED | 37.05 | .00 | 37.05 |
| AR CONCEPTS | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 6801.83 | .00 | .00 |
| ASPIRE VISA | UNSECURED | 842.09 | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | 768.00 | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | 365.16 | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| PINNACLE FINANCIAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| HAND SURGERY ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | 2203.19 | .00 | .00 |
| OLIVER ADJUSTMENT | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SHAW & FOLEY | UNSECURED | 1726.56 | .00 | .00 |
| TRIBUTE MASTER CARD | UNSECURED | NOT FILED | .00 | .00 |
| AUTO CREDIT CENTER   INC | UNSECURED | 11877.99 | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | 492.53 | .00 | .00 |
| ASPIRE VISA | UNSECURED | 577.27 | .00 | .00 |

```
         Summary of disbursements:
------------------------------------------------------------------------------
```

```
                SECURED     PRIORITY    UNSECURED        OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    52.49        .00     25654.62         .00      25707.11
PRINCIPAL PAID        52.49        .00         .00          .00         52.49
INTEREST PAID           .00        .00         .00          .00           .00
TOTAL PAID            52.49        .00         .00          .00         52.49
```

The Debtor's attorney, DAVID M SIEGEL                  , was allowed $   3000.00
and was paid $     376.00   direct and $    1290.11   through the plan.

The Trustee received $      57.40 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/08/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                                   PAGE   2
          CASE NO. 06 B 12527 DONNA L. KELLY